[No. 38017-0-II.  Division Two.  January 4, 2011.]

KITSAP ALLIANCE OF PROPERTY OWNERS ET AL., *Appellants*, v. THE CENTRAL PUDGET SOUND GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

The opinion in the above captioned case, which appeared in the advance sheets at 159 Wn. App. 270-282, has been omitted from this permanent bound volume because of an order of the Court of Appeals dated March 9, 2011 publishing the opinion in full. The full opinion appears at 160 Wn. App. 250.